IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr120HTW-LRA

SHIRLEY A. STEWART and
CONNIE SHIRLNELL STEWART

### ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss Count 1 and Count 5 of the indictment for the above mentioned defendants without prejudice.

SO ORDERED, this the 21st day of January, 2009.

_____
Henry T. Wingate
United States Chief District Judge

AGREED TO:

_____
Erin O. Chalk, Assistant United State Attorney

_____
Hugh Tedder, Attorney for Shirley Stewart

_____
Wm. Andy Sumrall, Connie Shirlnell Stewart